# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**     **DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund                                                Civil No.: 1:05CV02451

vs

CJP Enterprises a/k/a Butler Enterprises, et al.


SERVICE OF PROCESS ON: **CJP Enterprises a/k/a Butler Enterprises**

X PETER MURPHY, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: X 1/13/2006
Place of Service: ~~61 Accord Park Drive Norwell, MA 02061~~   783 OLD PLYMOUTH ST HALIFAX, MA
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit:_____
_X_ **By delivering to an officer or person-in-charge or managing agent whose name and title is:** X JANET BUTLER - OWNER


X Description of Person Receiving Documents: Male/(Female)  Skin Color WHITE
                                               Hair Color BROWN  Age 40  Hgt 5  Wgt 5"

Undersigned declares under penalty of perjury that the foregoing is true and correct

X _____     X 1/13/2006
Signature of Server              Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                       215-922-6700