# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

International Painters and Allied Trades
Industry Pension Fund

Civil No.: 1:05CV02451

vs

CJP Enterprises a/k/a Butler Enterprises, et al.

SERVICE OF PROCESS ON: **Janet Butler, individually and d/b/a CJP Enterprises a/k/a Butler Enterprises**

X Peter C. Murphy, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: X 1/13/2006
Place of Service: ~~61 Accord Park Drive Norwell, MA 02061~~   783 Plymouth St. Halifax, MA
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

___ By personally delivering them into the hands of the person being served
___ By leaving a copy at his/her usual place of abode with some person of suitable age and discretion then residing therein, to wit: _____

X Description of Person Receiving Documents: Male/Female Skin Color WHITE
Hair Color Brown Age 40 Hgt 5 Wgt 5'4"

Undersigned declares under penalty of perjury that the foregoing is true and correct

X _____          X 1/13/2006
Signature of Server                          Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, PC
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106

215-922-6700