IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> CJP ENTERPRISES ) <br> a/k/a Butler Enterprises, *et al.* ) <br> ) <br> Defendants ) | Civil Action No. <br> 05 -02451 (RMU) |

REQUEST TO CLERK TO ENTER
DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, CJP Enterprises a/k/a Butler Enterprises, and Janet Bulter, for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Sanford G. Rosenthal.

                                                               Respectfully submitted,

                                                                JENNINGS SIGMOND, P.C.

                                   BY:/s/     Sanford G. Rosenthal
                                           SANFORD G. ROSENTHAL, ESQUIRE
                                           (I.D. NO. 478737)
                                           The Penn Mutual Towers, 16th Floor
                                           510 Walnut Street, Independence Square
                                           Philadelphia, PA 19106-3683
                                           (215) 351-0611

Date: <u>March 6, 2006</u>           Attorney for Plaintiff
OF COUNSEL:
JESSICA L. TORTELLA
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

165650-1