IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>CJP ENTERPRISES )<br>  a/k/a Butler Enterprises, *et al.* )<br>)<br>Defendants ) | Civil Action No.<br>05 -02451 (RMU) |

**DECLARATION OF SANFORD ROSENTHAL, ESQUIRE FOR ENTRY OF DEFAULT**

Sanford G. Rosenthal, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on the Defendants, CJP Enterprises a/k/a Butler Enterprises ("Company"), and Janet Bulter, Individually ("Butler" and together with Company, "Defendants"), by Peter Murphy, Process Server, who served Janet Bulter, Individually and as the Owner of Company, at 783 Old Plymouth Street, Halifax, MA on January 13, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

165650-1

5.  Defendant, Janet Butler, is neither an infant nor an incompetent person.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> s/    Sanford G. Rosenthal
> SANFORD G. ROSENTHAL, ESQUIRE

Date: March 6, 2006