## **CERTIFICATE OF SERVICE**

I, SANFORD G. ROSENTHAL, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

>CJP Enterprises a/k/a Butler Enterprises
>783 Plymouth Street
>Halifax, MA 02338

>and

>Janet Butler, Individually and d/b/a
>CJP Enterprises a/k/a Butler Enterprises
>783 Plymouth Street
>Halifax, MA 02338

>s/    Sanford G. Rosenthal
>SANFORD G. ROSENTHAL, ESQUIRE

Date: March 6, 2006

165650-1