IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED<br>TRADES INDUSTRY PENSION FUND<br><br>    Plaintiff<br><br>  v.<br><br>CJP ENTERPRISES<br>  a/k/a Butler Enterprises, *et al.*<br><br>    Defendants | Civil Action No.<br>05-02451 (RMU) |

## NOTICE OF DISMISSAL PURSUANT
## TO F.R.C.P. RULE 41(a)(1)

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

Respectfully submitted,

JENNINGS SIGMOND, P.C.


BY: /s/Sanford G. Rosenthal
    SANFORD G. ROSENTHAL
    Bar No. 478737
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0611
    Attorneys for the Fund

Date: April 24, 2006

167483-1