**CERTIFICATE OF SERVICE**

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the address below:

CJP ENTERPRISES
a/k/a Butler Enterprises
61 Accord Park Drive
Norwell, MA 02061

and

JANET BUTLER, individually and
d/b/a CJP Enterprises, a/k/a Butler Enterprises
61 Accord Park Drive
Norwell, MA 02061

Date: April 24, 2006

/s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

167483-1